KEVIN D. REESE, State Bar No. 172992
kevin.reese@ogletreedeakins.com
TIMOTHY L. REED, State Bar No. Bar No. 258034
timothy.reed@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendant
THE SHERWIN-WILLIAMS COMPANY

Lawrance A. Bohm, State Bar No. 208716
BOHM LAW GROUP
4600 Northgate Blvd., Suite 210
Sacramento, CA  95834
Telephone:    916.927.5574
Facsimile:     916.927.2046

Erik Roper, State Bar No. 259756
THE LAW OFFICE OF ERIK ROPER
2121 Natomas Crossing Drive, Suite 200-117
Sacramento, CA  95834
Telephone:    916.281.8249
Facsimile:     916.527.0118

Attorneys for Plaintiff
NATHAN LENARD

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN LENARD,<br><br>         Plaintiff,<br><br>    vs.<br><br>THE SHERWIN-WILLIAMS COMPANY, and DOES 1-100,<br><br>         Defendant. | Case No. 2:13-CV-02548-KJM-AC<br><br>**STIPULATION TO CONTINUE HEARING DATE FOR PLAINTIFF'S MOTIONS TO COMPEL AND DEFENDANT'S MOTION FOR PROTECTIVE ORDER; and [~~PROPOSED~~] ORDER**<br><br>Hearing Date:  November 4, 2015<br>Time:          10:00 a.m.<br>Courtroom:   26, 8th Floor<br><br>Action Filed: May 15, 2013<br>Trial Date:   July 11, 2016 |

Plaintiff Nathan Lenard ("Plaintiff") and Defendant The Sherwin-Williams Company ("Defendant") submit the following stipulation to continue the November 4, 2015 date for the hearings on Defendant's Motion for Protective Order Regarding Plaintiff's Request for Production of Documents, Set Nos. 4 and 6 (Dkt. No. 29) and Plaintiff's Motion to Compel Amended Responses to Plaintiff's Requests for Production of Documents, Set Nos. 4 and 6; and Motion to Compel Depositions (Dkt. No. 30) ("collectively, the "Discovery Motions").

Since filing the Discovery Motions, the parties have continued to meet and confer in order to resolve the issues presented therein.  To date, numerous issues presented by the Discovery Motions have been resolved by the parties through their meet-and-confer efforts.  The parties are optimistic that they may resolve all of the issues presented by the Discovery Motions or, at the very least, significantly narrow those issues prior to presenting them to the Court.

On October 23, 2015, Timothy Reed, counsel for Defendant, contacted Deputy Clerk Valerie Callen to request a continuance of the November 4, 2015 hearing date for the Discovery Motions to November 18, 2015.  In a responsive voice message, Ms. Callen informed Mr. Reed that the earliest available hearing date is December 2, 2015.  Ms. Callen also stated that the parties may file a stipulation to continue the hearings to December 2, 2015.

Accordingly, because a continuance may result in the conservation of judicial resources and those of the parties, Plaintiff and Defendant jointly and respectfully request that the hearings on the Discovery Motions be continued to December 2, 2015.

DATED:  October 23, 2015          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ *Timothy L. Reed*
    Kevin D. Reese
    Timothy L. Reed

Attorneys for Defendant
THE SHERWIN-WILLIAMS COMPANY

1         Case No. 2:13-CV-02548-KJM-AC
STIPULATION TO CONTINUE HEARING DATE FOR MOTIONS TO COMPEL AND MOTION FOR PROTECTIVE ORDER AND [PROPOSED] ORDER

1 | DATED: October 23, 2015 | LAW OFFICE OF ERIK M. ROPER

By: /s/ *Erik M. Roper* (as authorized on 10/23/15)
     Erik M. Roper

Attorney for Plaintiff
NATHAN LENARD

1 **[PROPOSED] ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED,**

3 The hearings on Defendant's Motion for Protective Order Regarding Plaintiff's Request for
4 Production of Documents, Set Nos. 4 and 6 (Dkt. No. 29) and Plaintiff's Motion to Compel
5 Amended Responses to Plaintiff's Requests for Production of Documents, Set Nos. 4 and 6; and
6 Motion to Compel Depositions (Dkt. No. 30) is hereby continued to December 2, 2015 at
7 10:00 a.m.

DATED: October 26, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE