Lawrance A. Bohm, State Bar No. 208716
BOHN LAW GROUP
4600 Northgate Blvd., Suite 210
Sacramento, CA  95834
Telephone:     916.927.5574
Facsimile:      916.927.2046

Erik Roper, State Bar No. 259756
THE LAW OFFICE OF ERIK ROPER
2121 Natomas Crossing Drive, Suite 200-117
Sacramento, CA  95834
Telephone:     916.281.8249
Facsimile:      916.527.0118

Attorneys for Plaintiff
NATHAN LENARD


KEVIN D. REESE, State Bar No. 172992
kevin.reese@ogletreedeakins.com
ZACHARY W. SHINE, State Bar No. 271522
zachary.shine@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:      415.442.4870

Attorneys for Defendant
THE SHERWIN-WILLIAMS COMPANY

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHAN LENARD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE SHERWIN-WILLIAMS COMPANY, and DOES 1-100,<br><br>　　　　Defendant. | Case No. 2:13-CV-02548-KJM-AC<br><br>**STIPULATION TO DELAY RULING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PENDING CONCLUSION OF MEDIATION; ORDER**<br><br>Action Filed:  May 15, 2013<br>Trial Date:     November 28, 2016 |

Plaintiff Nathan Lenard ("Plaintiff") and Defendant The Sherwin-Williams Company ("Defendant") submit the following stipulation to delay the Court's ruling on Defendant's Motion for Summary Judgment.

On February 12, 2016, Defendant filed its Motion for Summary Judgment ("MSJ") (Dkt. No. 39.)  On February 26, 2016, Plaintiff filed his Opposition to the MSJ. (Dkt. No. 40.) On March 4, 2016, Defendant filed its Reply in support of its MSJ. (Dkt. No. 41.)

On March 11, 2016, the Court heard oral argument on Defendant's MSJ. Subsequently, the parties began discussing a potential pretrial resolution of this matter. The parties have scheduled a mediation for May 18, 2016.  The parties will promptly notify the court following the mediation on May 18, 2016 as to whether the parties have reached a tentative or formal agreement to resolve the matter.

In light of the parties' scheduled mediation date, the parties respectfully request that the Court stay any decision on Sherwin Williams' pending motion for summary judgment until after June 1, 2016.

DATED:  April 28, 2016          LAW OFFICE OF ERIK M. ROPER


                                By:  /s/ *Erik M. Roper*
                                     Erik M. Roper

                                Attorney for Plaintiff
                                NATHAN LENARD


DATED:  April 28, 2016          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                                By:  /s/ *Kevin D. Reese* (as authorized on 4/28/2016)
                                     Kevin D. Reese
                                     Zachary W. Shine

                                Attorneys for Defendant
                                THE SHERWIN-WILLIAMS COMPANY

ORDER

Good cause appearing, the court GRANTS the parties' stipulation to delay ruling on defendant's motion for summary judgment until after June 1, 2016 to provide the parties adequate time to conclude a mediation of this matter (ECF No. 47).  In the event the parties require additional time to resolve their settlement negotiations, they shall file a further stipulation with the court no later than seven (7) calendar days after the conclusion of their scheduled mediation explaining why good cause exists to further delay the court's ruling on defendant's motion for summary judgment.

IT IS SO ORDERED.

DATED: May 2, 2016

_____
UNITED STATES DISTRICT JUDGE